# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 2:13-cr-00383-JAD-VCF |
| vs. | **MINUTE ORDER** |
| BRANDON FERNANDEZ PARRA, | |
| Defendants. | |

Before the Court is Defendant's Ex Parte Motion to Withdraw as Counsel for Defendant. (#34).

IT IS HEREBY ORDERED that a hearing on Defendant's Ex Parte Motion to Withdraw as Counsel for Defendant (#34) is scheduled for 1:00 p.m., Tuesday, May 20, 2014, in Courtroom 3D.

IT IS FURTHER ORDERED that the U.S. Marshals transport defendant to and from the hearing.

DATED this 16th day of May, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE